**Electronically Filed
Supreme Court
SCWC-13-0000165
03-SEP-2014
08:13 AM**

SCWC-13-0000165

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN THE INTEREST OF PP, a minor
Date of Birth: May 29, 1996

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000165; FC-J NO. 0093930)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaii's

Application for Writ of Certiorari filed on July 23, 2014, is hereby

rejected.

DATED:  Honolulu, Hawai‘i, September 3, 2014.

Sonja P. McCullen
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

